IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANGELLA COHEN,

    Plaintiffs,

v.

ST. JOSEPH'S/CANDLER HEALTH SYSTEM, INC., dba ST. JOSEPH'S/CANDLER HOSPITAL,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-99

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 39.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action with prejudice and **TERMINATES** all motions and deadlines. The Clerk of Court shall **CLOSE** this case.

**SO ORDERED**, this 19th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA